## MELODY HYLLEN-DAVEY ET AL. *v.* PLAN AND ZONING COMMISSION OF THE TOWN OF GLASTONBURY ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court, 57 Conn. App. 589 (AC 18855), is denied.

KATZ, J., did not participate in the consideration or decision of this petition.

*Derek V. Oatis,* in support of the petition.

*David F. Sherwood,* in opposition.

Decided June 29, 2000

## STATE OF CONNECTICUT *v.* PEDRO OLIVERO

The defendant's petition for certification for appeal from the Appellate Court, 57 Conn. App. 906 (AC 19083), is denied.

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Del Atwell,* special public defender, in support of the petition.

*Peter A. McShane,* assistant state's attorney, in opposition.

Decided June 29, 2000